4:17-CV-229 JLH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 11 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

HABEAS CORPS  Timothy Mosley vs Arkansas

Saturday I got sent to seclucsion room again. I was non vilert. The staff new that. but did not respect my rights at all. The white female with the needle informed me that I dont have any rights. The doctor has all the rights. I knew that I have rights and that I should have been treated with some form of respect She was tring to aggravate me, They informed me that I had to take a shot so I seid that I would agree to Adevan and hysidol, Well, They came lback with the shot lying talking about its adavan and hylidol. The whole time it was thorzine now around here staff Jokeinly say thorizine suffel all the time and laugh. It was about four cops and Marcus and Marquis vso. Linda and the other lady I was pleading with them stating I'll do right because I was afraid of the thorizine suffel some people never come back from that I even asked for the physical restraint. I told them that I will take pill hyldol and Adavart. I was backed in the corner with my shirt off and my hands out begging the people not to hurt me. I did not move out of that corner towards them they moved in on me with inadequate unsase and inhumane services. They dislocated my right thumb and hurt my lower back In Im pain now

They did not feed me until 9:00 T10 case assigned to District Judge Holmes

J. prompt medical care and treatment and to Magistrate Judge Ray

E. To be respected as an individual treated with dignity,

4. Patients have the right to be free from mistreatment neglect and abuse from anyone at anytime

Will you please watch the camera ask To be free of the hospital 4th march    Tim Mosly

Supreme court has considered cure a constitutional right to refuse medical 4-9-2012

Due Protection Clause

Almost all of these rights have been — FSW McCORMACK CLERK by the court under the due process clauses of the fourth fifth and fourteenth Amendment and/or the equal protection clause of the fourteenth amendment. Some of these rights have been protected solely under the due process clause for example, thus far the Supreme court has considered right to refuse medical care as an aspect of the "liberty" protected in the due process clause

I expect to be released from hospital as soon as possible

Supreme court has considered a constitutional right to refuse medical care in aspect of

There is a video supporting all my facts it was on the first saturday of march or sunday

Timothy Mosly
4-9-17

Medicare patients, who wish to report a quality of care concern or a disagreement with coverage decision or wish to appeal decision regarding premature discharge, may contact
Phone: 501 375-5700
E-mail: www.afmc.org
Mail: The Arkansas Foundation for Medical Care
1020 West 4th St, Suite 300
Little Rock, AR 72201

## INSTRUCTIONS FOR MAKING A COMPLAINT

The patient originates the complaint. Patient complaint forms are available on every unit, and can be obtained from the nurses. The patient fills out the form and places it in the complaint box on the unit, where the Patient Advocate will pick it up. The patient may choose to contact any of the following offices to file a complaint:

The Division of Behavioral Health Services: Patient Advocacy Office
(501) 686-9431 or 1-877-765-8211
E-mail: www.humanservices@arkansas.gov
Mail: Division of Human Services
305 South Palm Street
Little Rock, AR 72205

Disability Rights Center (an independent rights protection agency):
(501) 296-1775 or 1-800-482-1174
E-mail: www.arkdisabilityrights.org
Mail: Arkansas Department of Health
1100 North University Avenue
Little Rock, Arkansas 72207

The Arkansas Department of Health:
(501) 661-2000 or 1-800-994-6610
E-mail: www.healthyarkansas.com
Mail: Arkansas Department of Health
5800 West 10th Suite 400
Little Rock, Arkansas 72204

The Joint Commission
(630) 792-5642 or To file complaint: (800) 944-6610
Fax: (630) 792-5636
E-mail: www.complaint@jointcommission.org
Mail: Office of Quality Monitoring. The Joint Commission
One Renaissance Boulevard
Oakbrook Terrace, Illinois 60181

---

## Division of Behavioral Health Services

## Arkansas State Hospital Ombudsman/ Patient Advocate

## 305 South Palm Street Little Rock, AR  72205

## Phone: (501) 686-9431 or (877) 765-8211

**Notification: This hospital provides 24/7 nursing coverage. A physician may not be on-site 24/7, but available on- call.**

---

# ARKANSAS STATE HOSPITAL

~





# YOUR RIGHTS

# AND

# RESPONSIBILITIES

# AS A

# PATIENT

REVISED 4/16/2016

## PATIENT'S RIGHTS

*Your rights and responsibilities as a patient are important.*

1. Patients have the right to individualized treatment, which shall include:

    A) The provision of adequate, safe, and humane services.
    B) The provision of services within the least restrictive environment possible.
    C) The provision of an individual Treatment Plan / Schedule written or presented in understandable language.
    D) Active participation of the patient over 12 years of age, and of the responsible parent, relative, or legal guardian in the planning of treatment, if accepted by the patient.
    E) Periodic review of the patient's Treatment Plan.
    F) An adequate number of competent, qualified, experienced clinical staff supervising and implementing the Treatment Plan.
    G) An individualized Discharge and After-Care Plan.

2. Physical restraints and/or seclusion may be used only as a last resort therapeutic measure, to prevent the patient from causing physical harm to self and/or others.

3. Patients have the right to request the opinion of a consultant at their own expense, or request an in-house review of their individual Treatment Plan, as provided in specific procedures of the hospital.

4. Patients have the right to be free from mistreatment, neglect, and abuse from anyone, at any time.

5. Patient's rights shall include, but not be limited to, the following:

    A) To wear their own clothing and have personal access to their possessions, unless during acutely suicidal or agitated states, as this may prove dangerous to the patient and/or others

    B) To keep money, as allocated by hospital policy, and be allowed to spend a reasonable amount of their own money for canteen expenses and small purchases.
    C) To have access to individual storage space for their own use.
    D) To have ready access to letter writing materials, including stamps, and to mail and receive unopened correspondence.
    E) To be respected as an individual and treated with dignity.
    F) To be fully informed of therapeutic regimens (including any risks and/or side effects).
    G) To be seen by the physician and treatment team without undue delay, and to be seen at intervals thereafter.
    H) To have all communications and records pertaining to care and treatment treated confidentially, and not released without proper authorization.
    I) To be visited, during established visiting hours, by friends and family, and to have access to private visits when possible.
    J) To prompt medical care and treatment.
    K) To religious freedom and practices.
    L) To physical exercise and recreational opportunities.
    M) To have access to legal counsel and to lawyer referral services.
    N) The right to see their medical record with a physician's order and in the presence of clinical staff members.
    O) The right to see their hospital bill and contest questionable charges.

6. Patients retain citizen's rights to due process of law and legal counsel. The hospital will assist any patient in establishing contact with legal counsel if needed.

7. Patients have the right to make a complaint freely, without fear of retribution and/or compromised care. Patients have the right to have their complaint promptly investigated and resolved.

8. In accordance with the requirements of any applicable law or any other applicable standard in the Joint Commission on Accreditation of Health Organization manual, a written, dated, and signed Informed Consent Form shall be obtained from the patient or the patient's legal guardian, for participation in any research project and/or for use and/or performance of any special procedure or treatment

9. Patients have the right to choose to participate in a research project, but their refusal to participate will not compromise their care.

10. Patients may exercise these rights without regard to sex, economic status, educational background, race, color, religion, ancestry, national origin, sexual orientation or marital status.

## PATIENT'S RESPONSIBILITIES

1. Patients have the responsibility to provide information about past illnesses, hospitalizations, medications, and other matters related to health status and/or treatment.

2. Patients have the responsibility to communicate if they do not clearly understand the course of their treatment and/or what is expected of them.

3. Patients have the responsibility to accept the consequences for refusal of treatment.

4. Patients have the responsibility to provide correct and necessary information for insurance claims, and for working with the hospital to make and honor payment arrangements if necessary.

5. Patients have the responsibility to follow hospital rules and regulations.

6. Patients have the responsibility to show respect and consideration for the rights of other patients and hospital personnel.

7. Patients have the responsibility to recognize the impact of their lifestyle choices upon their mental and physical health.

8. Patients have the responsibility to report any risk in their care and/or condition.

## PATIENT COMPLAINTS

Arkansas State Hospital policy states that any patient who feels that his or her rights have been violated, or feels they have received inadequate treatment, or has other complaints about the hospital, is encouraged to file a complaint. Any staff member can and should assist the patient with this process, if requested to do so. The Patient Advocate can also assist the patient with this process, if requested.