# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIMOTHY MOSLEY                                                                      PLAINTIFF

v.                              No. 4:17CV00229 JLH

DR. BRASSEX; and
ARKANSAS STATE HOSPITAL                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 12th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE